JS-6

1  TRACY L. WILKISON
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Litigation Counsel, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
7  Special Assistant United States Attorney
        Social Security Administration
8       160 Spear Street, Suite 800
9       San Francisco, CA 94105
10      Telephone: (510) 970-4861
        Facsimile: (415) 744-0134
11      Email: Jennifer.Tarn@ssa.gov
12 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| DAVID W. GILBERT, | ) Case No. 5:21-cv-01658-MAR |
|---|---|
| Plaintiff, | ) |
| | ) **[PROPOSED]** JUDGMENT |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

(Note: "PROPOSED" is struck through)

-1-

| | |
|---|---|
| 1 | The Court having approved the parties' stipulation to remand this case |
| 2 | pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent |
| 3 | with that stipulation and for entry of judgment for Plaintiff, judgment is hereby |
| 4 | entered for Plaintiff. |

DATED: 5/20/22

HONORABLE JUDGE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE